IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 22-CR-00910 MLG |
| | ) |
| ANTHONY POLICHETTE, | ) |
| | ) |
| Defendants. | ) |

**<u>NOTICE OF UNAVAILABILITY</u>**

The undersigned counsel hereby notifies the Court and the parties that she will be unavailable from Thursday, December 26, 2024, through Friday, January 10, 2025.

**WHEREFORE**, undersigned counsel requests that any court proceedings be scheduled outside of this period, if possible.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

<u>*/s/ Electronically Filed October 3, 2024*</u>
NORA M. WILSON
Assistant U.S. Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 724-3335

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for defendant to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein on October 3, 2024.

*/s/ Filed Electronically October 3, 2024*
NORA M. WILSON
Assistant United States Attorney